UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JEANNE BELLINO,

                     Plaintiff,

-against-                                     24-cv-0712 (LAK)

STEVEN VICTOR TALLARICO a/k/a Steven Tyler,

                     Defendant
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        Plaintiff moves for reconsideration of the Court's order granting defendant's unopposed motion to dismiss.[1] "[R]econsideration will generally be denied unless the moving party can point to controlling decisions or data that the court overlooked."[2] But "[t]he purpose of a motion for reconsideration is . . . . not to seek a different outcome on the basis of an argument that was not made in the first place."[3] This is precisely what plaintiff attempts to do in her memorandum in support of her motion.

        Accordingly, the motion for reconsideration is denied. Plaintiff remains free to file a timely motion for leave to amend the complaint.

        SO ORDERED.

Dated:       March 7, 2024

                                                  Lewis A. Kaplan
                                                United States District Judge

---

[1] Dkt 12.

[2] *Sacerdote v. New York Univ.*, 9 F.4th 95, 118 n.94 (2d Cir. 2021) (quoting *Shrader v. CSX Transp., Inc.*, 70 F.3d 255, 257 (2d Cir. 1995)).

[3] *See Shapira v. Charles Schwab & Co.*, 02-cv-0425 (LAK), 2002 WL 31307962, at *1 (S.D.N.Y. Oct. 15, 2002).