**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------X

JEANNE BELLINO,

                        Plaintiff,

    -against-                                                  24 **CIVIL** 712 (LAK)

                                                                     **JUDGMENT**

STEVEN VICTOR TALLARICO a/k/a STEVEN
TYLER, an individual; and DOES 1- DOE 50,
whose identities are unknown to Plaintiff,

                        Defendants.

-----------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memo Endorsed Order dated June 11, 2024, pursuant to Fed. R. Civ. P. 58(a), judgment is hereby entered.

**Dated:**  New York, New York

       June 13, 2024

                                                            **RUBY J. KRAJICK**

                                                              _____
                                                                **Clerk of Court**

                                        **BY:**      *K. Mango*

                                                               _____
                                                               **Deputy Clerk**